■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD JAMES HAMBERGER, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Dutchess County, imposed October 26, 1976, the sentence being an indeterminate term of imprisonment with a maximum of three years. Appeal dismissed. Defendant has completed serving the sentence imposed. Margett, J. P., Martuscello, O'Connor and Weinstein, JJ., concur.